FILED

AUG 1 0 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Lindsey Austin                          )
                                        )
                      Plaintiff,        )        C16- 4519
                                        )
      vs.                               )     CASE NO. _____
                                        )
FLATIRON/KIEWIT                         )     EMPLOYMENT DISCRIMINATION
                                        )              COMPLAINT
                      Defendant(s).     )
                                        )
_____)

1.    Plaintiff LINDSEY AUSTIN resides at:

      Address:  1225 Griffin Drive_____

      City, State & Zip Code: Vallejo, CA 94589_____

      Phone: 707-712-0888, 707-704-8295, 707-651-9536_____

2.    Defendant FLATIRON/KIEWIT is located at:

      Address:  1051 Edie Road_____

      City, State & Zip Code: San Francisco, CA 94129_____

3.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C.

§§ 2000e to 2000e-17 for employment discrimination, Americans with Disabilities Act of

1990, 42 U.S.C. §§12112 to 12117, and Rehabilitation Act, 29 U.S.C.  §§ 791 et seq.

Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief

is sought under 42 U.S.C. Section 2000e-5(g).

defendant is located in the county of San Francisco, California.

Form-Intake 2 (Rev. 4/05)                    - 1 -

4.      Venue is appropriate in this court because the defendant is located in the county of San Francisco, California.

5.      Because this lawsuit arose in San Francisco County, it should be assigned to the Oakland Division of this Court.

6.      The acts complained of in this suit concern Termination of my employment.

7.      Defendant's conduct is discriminatory with respect to my race or color.

STATEMENT OF FACTS AND CLAIMS

8.      The basic facts surrounding my claim of discrimination are as follows:

9.      During the relevant time period, on or about March 04, 2014 to March 08, 2014, I was employed by defendant as Bridge Builder.  The job responsibilities include assemble and erecting shoring, prep and install concrete forms, in addition to rigging.

10.      The alleged discrimination occurred on or about  March 08, 2014 when I was terminated.  Defendant's stated reason for my termination was that I did not have enough experience for the job.  I believe I have been discriminated against because of my race, African American, in violation of Title VII of the Civil Rights Act of 1964, as amended.

11.      I filed charges with the Federal Equal Employment Opportunity Commission (or the California Department of Fair Employment and Housing) regarding defendant's alleged discriminatory conduct on or about March 18, 2014.

12. The Equal Employment Opportunity Commission issued a Notice-of-Right-to Sue letter which was received by me on or about May 16, 2016.

13.  Plaintiff hereby demands a jury for all claims for which a jury is permitted.

14.  Statement of facts and claims are included in the Attachments, hereby incorporated and made part of this complaint.

Form-Intake 2 (Rev. 4/05)                    - 2 -

15.    WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate:

     a.    Equitable relief

     b.    Compensatory damages and punitive damages

     c.    Injunctive orders, damages, costs, and attorney fees as permitted by law

     d.    Daily cost to look for another job while waiting to be redispatched

     e.    Any other relief that the court deems proper.

DATED: _____8-9-16_____   _____
                                         SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION   _____LINDSEY A. AUSTIN_____
IS NOT REQUIRED.)                  PLAINTIFF'S NAME

Form-Intake 2 (Rev. 4/13)                - 3 -

**ATTACHMENTS TO COMPLAINT**

**FIRST CLAIM FOR RELIEF**

**DISCRIMINATION/DISPARATE TREATMENT – RACE, COLOR RELIGION, SEX OR NATIONAL ORIGIN**

1. I was able to and did perform my job satisfactorily. I've spent most of my work in the area of carpentry. I'm certified as well as completed proper training in my craft.

2. I was subject to an adverse employment action by Defendant. I was terminated on or about March 07-08, 2014.

3. The sole reason or motivating factor for this action was my race or color, that is, I am African-American.

4. I was made aware of the fact that black men were having a hard time establishing and maintaining employment with the Defendant by Prentiss Jackson, who is the Citybuild Employment Liaison, who after screening my resume decided that I was a good candidate to represent the city of San Francisco. 50% of the residency employment on the project agree.

5. On March 07, 2014, he left me a message stating that all or almost all of those referrals were being laid off early or terminated.

6. It was on March 08, 2014 after being laid off that I checked my messages to even hear this.

7. I furthermore contacted Prentiss Jackson to confirm the allegation, which he confirmed, and was likewise confirmed by his boss, Citybuild Liaison Judy Sorro.

8. On or about March 05, 2014, Defendant became aware that I had a disability when a co-worker let me know that he had been made aware and he did not even know my full name.

9. I was a qualified individual who, with or without reasonable accommodation, could perform the essential functions of the position listed above, and satisfied the skill, experience, education, and other job-related requirements of the position because I have the proof and certification of my qualifications, training and experience.

10. The disability I have or that the Defendant saw or believed I have is that I am disadvantage minority/ex-fellon 290 PC Registrant.

11. This disability did or would limit my major life activities in the following ways: job displacement, job restriction, job harassment, harsh treatment in the work place.

12. Furthermore, it limits the places I live, the types of work I can do, and movement, ability to be hired and once hired, ability to retain employment.

13. This disability was the sole reason or motivating factor for the following adverse employment actions taken against me:

   a. Termination on March 08, 2014

   b. Co-worker begin to hit on me by making discriminatory remarks, stares and comments.

14. I requested the company to be fair and impartial and look at my credentials.

15. Defendant knew that I was experiencing workplace problems because people treat me different based on my situation and make it harder for me to maintain employment. People on the job become very confrontational.

16. I have been embarrassed to talk about it. I'm very regretful I've place myself in this situation.

17. The accommodation would have enabled me to qualify for the position, perform the essential functions of the job, and support my family.

2
ATTACHMENT TO COMPLAINT

## SECOND CLAIM FOR RELIEF

**HOSTILE WORK ENVIRONMENT CREATED BY PLAINTIFF'S SUPERVISOR**

18. I was subjected to harassment by my supervisor Gustavo, the foreman, who was empowered by the employer to take tangible employment actions against me.

19. This harassment happened because of my race or color, that is African-American, and disability, that is Gustavo was interested in hiring someone of his own race and demonstrated that at the worksite by using a foreign language to communicate on the job with his wish for my replacement and acting hostile towards me by placing me in two safety hazards.

20. This conduct was unwelcome, and was sufficiently serious or happened often enough to change the conditions of my employment and create an abusive or hostile work environment.

21. A reasonable person in these circumstances would consider the working environment to be abusive or hostile. I was harmed by this abusive or hostile working environment.

22. On March 05, 2014 I was driven to my work site , introduced to my crew and we started the day.

23. We began assembling shores. This required a certain socket which I did not have, although I made sure that night after work I had everything.

24. I was given the wrong socket and told to work with it knowing the safety state use proper tool for all the work. This work was mechanical so there was no sub for proper tool.

25. My foreman began to complain of how long it took for me to assemble the units knowing I didn't have the proper tool.

3
ATTACHMENT TO COMPLAINT

26. He began to use the example of the labor that he gave the proper tool to as my computation but refused to him as an apprentice carpenter. I had no knowledge that he was not a carpenter but a labor who signed up to be a carpenter which was a breach of contract. Labors do labor jobs and carpenters do carpenter work according to the agreement signed by the company.

27. After hours of heckling by my foreman, I asked my co-carpenter what the best way to tech the mechanics, and he let me know at that point what was going on, that is, that I had the wrong socket for the job and then showed me how to work with what I had at best.

28. After being taught a trick of the trade as what we call it when you are using the wrong tool, I performed my job according to standards or expectation.

29. From years of experience shoring systems have changed throughout the years and each job for each job, you always may have to buy a tool to be in compliance with the contract expectation of carpenter providing their own hand tool. So that night after work I stopped by the hardware store and bought every tool that correlated with the work I was expected to perform.

30. On March 06, 2014, I showed up for work one hour early as usual and was ready to perform. Our job task for the day was different. We begin installing shores. That morning it had rained so the ground was slippery. Once again the foreman placed me in a hazardous environment, knowing I was too short to hold the weight of the shores for a long duration, while he took his time in installing the cross member my footing began to slip.

31. At that point he stated yelling like a madman at me and insulting me. I explained to him from many years of experience if we use the taller person we could keep the weight more to the base of the shore making them lighten and placing the journey man carpenter that know

4
ATTACHMENT TO COMPLAINT

how to connect them at the position which I have installed these type of construction member for close to 20 years on record.

32. At that point he sent me to work for the labors and continue installing. After speaking with the other journey man onsite who would be the senior carpenter for our crew on site he asked the lead man to let him run a crew with me after lunch. Our crew set up properly dome twice as much work as theirs.

33. It was later that I found out that the lead man had a safety situation doing the same thing a few weeks prior causing injuries to the whole crew. I have certs, time on the job doing this work detail and performed it even better that the lead man himself.

34. It was on the last break that I started hearing remarks about my 290 PC situation. The lead began to question me of where I lived and other crew members made hurtful remarks.

### THIRD CLAIM FOR RELIEF

### HOSTILE WORK ENVIRONMENT CREATED BY PLAINTIFF'S CO-WORKERS

35. Co-workers harassed me because of my age at the time of harassment, 43 years old, and disability, that is, being posted on Megan's Law. Everybody sat around looking at me and made statement among each other and quote pedophile remarks to me.

36. This conduct was unwelcome, and was sufficiently serious or happened often enough to change the conditions of my employment and create an abusive or hostile work environment.

37. A reasonable person in these circumstances would consider the working environment to be abusive or hostile. I was harmed by this abusive or hostile working environment, when they told me to leave babies alone, that is enough so no things have changed.

ATTACHMENT TO COMPLAINT

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA<br>☒ EEOC | 550-2014-00543 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Lindsey Austin** | **(415) 571-7704** | **10-28-1970** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1225 Griffin Dr., Vallejo, CA 94589** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **FLATIRON/KIEWIT** | **500 or More** | **(415) 385-3282** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1051 Edie Road, San Francisco, CA 94129** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest          Latest |
| ☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN | 03-08-2014 |
| ☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION | |
| ☐ OTHER *(Specify)* | ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was dispatched to work at Respondent on or about March 4, 2014. I started working on or about March 5, 2014 as a Bridge Builder. From the time I started working on the job, my foreman, Gustavo, subjected me to different terms and conditions of employment. For example, he gave me the wrong tools for the job, instructed my Latino coworkers in Spanish while not providing me the same information in English, and assigned me work that was inappropriate for a Journeyman Carpenter such as Laborer and Apprentice work. I have far more experience than most of my peers on the project and even have a Bridge Builder certification. Gustavo regularly complained about my work and on or about March 8, 2014, I was terminated.

Respondent's stated reason for my termination was that I did not have enough experience for the job.

I believe I have been discriminated against because of my race, African American, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 3-18-14 — Date — *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

STATE OF CALIFORNIA | State and Consumer Services Agency

GOVERNOR EDMUND G. BROWN, JR.

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**

DIRECTOR PHYLLIS W. CHENG

EEOC Number: 550-2014-00543C
Case Name:    Lindsey Austin vs. FLATIRON/KIEWIT
Filing Date:    March 21, 2014

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being dual filed with the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

The EEOC is responsible for the processing of this complaint and the DFEH will not be conducting an investigation into this matter. Please contact EEOC directly for any discussion of the complaint or the investigation.

## NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

This letter is also your Right to Sue notice. <u>This Right-To-Sue Notice allows you to file a private lawsuit in State court</u>. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed.

If you have questions about the right to file under federal law, please contact the EEOC using the contact information below.

<table>
<tr><td>EEOC Northern California<br>450 Golden Gate Ave 5-West<br>PO Box 36025<br>San Francisco, CA 94102<br>(415) 522-3000</td><td>EEOC Southern California<br>255 East Temple Ste., 4th Floor<br>Los Angeles, CA 90012<br>(213) 894-1100</td></tr>
</table>

DFEH-200-02 (01/13)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law.</u>
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

---

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than <u>2 years (3 years)</u> before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Francisco District Office**

450 Golden Gate Avenue #5-West
PO BOX 36025
San Francisco, CA 94102
(415) 522-3000
VP (510) 735-8909
Toll-Free (800) 669-4000

Respondent:        FLATIRON/KIEWIT
EEOC Charge No:    550-2014-00543C

Lindsey Austin
1225 Griffin Drive
Vallejo, CA 94589

Lindsey Austin:

Now that you have filed a charge with the U.S. Equal Employment Opportunity Commission (EEOC), it is important for you to understand some of our case processing procedures.

A Copy of your charge will automatically be filed with the State of California, Department of Fair Employment and Housing. This is being done to protect your right to file a suit in state court, should you desire to do so at a later date. It is not necessary for you to contact the state agency. Because of the formal agreement between the EEOC and the state agency, the EEOC will be processing your charge. The state agency will not process it unless we request them to do so. This rarely happens, but, it does, we will certainly let you know that we are transferring your charge to the state agency for processing.

In the interest of saving both your time and the time of the state agency, please do not contact that office either to file your charge or to inquire regarding it.

A copy of your charge will be served upon the Respondent within the time limitation set forth under both federal and state laws. In this instance, your charge will be served within ten (10) days following receipt of it by this office.

Finally, we suggest that you keep this notice and a copy of your charge for your records. Be sure to advise us of any change in your address or telephone number. Failure to do so could result in dismissal of your charge. Please use your charge number on all correspondence.

If you need further assistance, please contact Darlene Turner (415) 522-3267.

Sincerely,
*Eric Darius*
CR/TIU Supervisor



**CARPENTERS TRAINING COMMITTEE**
FOR
NORTHERN
CALIFORNIA
A Joint Labor & Management
Sponsored Training Program
Randy Gourley, Executive Director

Administrative Offices
2350 Santa Rita Road
Pleasanton, CA 94566-4135
Tel: 925.462.9640 Fax: 925.462.8307
Training Department Fax: 925.462.7515
www.ctcnc.org

March 12, 2014

TO WHOM IT MAY CONCERN:

Please be advised that Lindsey Austin passed and completed Bridge Building training on August 5, 2003 as well as Concrete Forms & Form Detailing on January 7, 2008.

Should you have any questions, please call our office.

Thank you,

Bill Drury
Training Officer
BD/rh

opeiu-3-afl-cio (211)

School-To-Work • Pre-Apprenticeship • Apprenticeship • Health & Safety • Journeyman Advancement • Leadership & Supervision • Certification & Qualification Programs

# Carpenters Training Committee for Northern California
## Complete Journeyman History

  **Lindsey L. Austin - U22163508 - \*\*\*-\*\*-6584**     Journey Level

| | | | | | |
|---|---|---|---|---|---|
| Address: | 1225 Griffin Dr, Vallejo, Solano, CA 94589 | | | | |
| Phone: | (707) 651.9536 (Home) | (415) 571.7704 (Mobile) | | | |
| Email: | RepresentativeAustin@Gmail. Com | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Local | Carpenters Local 152 | Employer | 051418 - Performance Contracting | Birth date | 10/28/1970 |
| Craft: | Carpenter | Dispatch date | 11/12/2014 | Gender | Male |
| Dues status | Arrears | | | Ethnicity | Black (not of Hispanic Origin) |
| | | | | Language | English |

## Classes

| Date | Class name | Status | Attending | Hours | Score | Grade |
|---|---|---|---|---|---|---|
| 8/3/2015 | RIG/Cert - Rigging/Certification | Scheduled | Attending | | | |
| 7/21/2014 | CF/Cert - Concrete Formwork/Certification | Closed | Attending | 40 | | P |
| 4/15/2014 | SU - Scaffold User Safety | Closed | Attending | 4 | | N |
| 4/14/2014 | CF/Cert - Concrete Formwork/Certification | Closed | Removed | | | |
| 4/14/2014 | FP - Fall Protection | Closed | Attending | 4 | | N |
| 7/9/2013 | O/10 - OSHA 10 Hr Const Safety Awareness | Closed | Attending | 10 | | P |
| 6/12/2009 | LI/TS - Layout Instruments - Total Station | Closed | Attending | 24 | | P |
| 7/12/2008 | RIG/Cert - Rigging/Certification | Closed | Attending | 32 | | P |
| 7/9/2008 | BR/C - Blueprint Reading - Commercial | Closed | Attending | 24 | | P |
| 3/8/2008 | AL - Aerial Lift Qualification | Closed | Attending | 8 | | P |
| 2/19/2008 | SE/STD/40 - Scaffold Erector/Standard/40 Hour | Closed | Attending | 40 | | P |
| 1/7/2008 | CF - Concrete Forms & Form Detailing | Closed | Attending | 24 | | P |
| 8/5/2003 | BB - Bridge Building | Closed | Attending | 24 | | P |
| 1/31/2002 | SE/STD/40 - Scaffold Erector/Standard/40 Hour | Closed | Attending | 40 | | P |

## Waiting List

| Date | Class | Status | Reason |
|---|---|---|---|
| | | | |

## Certifications

| Certification | Date Issued |
|---|---|
| Aerial Lifts | 3/8/2008 |
| Concrete Formwork | 7/25/2014 |
| Fall Protection | 7/21/2014 |
| OSHA 10 Hour | 7/9/2013 |
| Rigging | 7/12/2008 |
| Scaffold Erector | 1/31/2002 |
| Scaffold Erector | 2/19/2008 |
| Scaffold User Safety | 7/21/2014 |

## Practice

| Date | Skill Name | Hours | Notes |
|---|---|---|---|
| | | | |

## Tracking

| Name | Value |
|---|---|
| | |

## Payments

| Date | Class name | Status | Date | Check # | Amount |
|---|---|---|---|---|---|
| | | | | | |

## History:

| Date/Time | Type | User | Comment |
|---|---|---|---|
| 7/28/2014 2:08 PM | Change | Jennifer Thornton | Certification Added: Fall Protection. |
| 7/28/2014 2:08 PM | Change | Jennifer Thornton | Certification Added: Scaffold User Safety. |
| 7/28/2014 2:05 PM | Journeyman | Jennifer Thornton | Certification Added: Concrete Formwork. |
| 7/25/2014 4:51 PM | Journeyman | Jennifer Thornton | Added to Journeyman Class: CF/Cert - Concrete Formwork/Certification - 7/21/2014 |
| 4/29/2014 3:54 PM | Journeyman | Rick Hassler | Added to Journeyman Class: SU - Scaffold User Safety - 4/15/2014 |
| 4/29/2014 3:53 PM | Journeyman | Rick Hassler | Added to Journeyman Class: FP - Fall Protection - 4/14/2014 |

# Student Training History Report

**July 22, 2015**

| | | | |
|---|---|---|---|
| UBC ID: U22163508 | Name: | Austin, Lindsey L. | |

Training Center: Carpenters Training Committee for Northern California - District Office 3

| | | | | | |
|---|---|---|---|---|---|
| Local: | 152 | Address: | 1225 Griffin Dr | Status: | |
| Phone: | (707) 712-3417 | | Vallejo, CA 94589 | DOB: | 10/28/1970 |
| Veteran: | | Veteran Benefits: | | Period: | |
| Craft: | Carpenter | Specialty: | | Sex: | M |

| | | | | | |
|---|---|---|---|---|---|
| Total Work Hours: | 0.00 | Total Class Hours: | 186.00 | Ethnicity: | Black |

| | | |
|---|---|---|
| Application Date: | Indenture Date: | Journeyman Date: 04/01/2005 |
| Reinstatement Date: | Contractor: | Work Month: |

## Class History

### CITF Certification Classes

| Class Name | Class Start Date | Class End Date | Qual/Cert Expiration | Grade | Class Hours |
|---|---|---|---|---|---|
| Construction Fall Protection | 07/24/2014 | 07/25/2014 | | Pass | 8.00 |
| Scaffold User Qualification | 07/22/2014 | 07/23/2014 | 07/31/2018 | Pass | 8.00 |
| OSHA 10 Construction | 07/09/2013 | 07/11/2013 | | Pass | 10.00 |
| Smart Mark | 07/09/2013 | 07/11/2013 | | | |
| Rigging Qualification | 07/12/2008 | 07/20/2008 | 07/31/2012 | Pass | 32.00 |
| Signaler Qualification | 07/12/2008 | 07/20/2008 | 07/31/2012 | | |
| Aerial Lift Operator Qualification | 03/08/2008 | 03/08/2008 | | Pass | 8.00 |
| Scaffold Erector Qualification - Standard 40 Hour | 02/19/2008 | 03/01/2008 | 03/31/2012 | Pass | 40.00 |
| Scaffold User Qualification | 02/19/2008 | 03/01/2008 | 03/31/2012 | | |
| Journeyman Certificate | 05/04/2005 | 05/04/2005 | | Pass | 0.00 |
| Scaffold Erector Qualification - Standard 40 Hour | 01/31/2002 | 02/09/2002 | 02/28/2006 | Pass | 40.00 |
| Ergonomics | 12/06/1999 | 12/06/1999 | | Pass | 4.00 |

### Completed Classes

| Class Name | Class Start Date | Class End Date | Qual/Cert Expiration | Grade | Class Hours |
|---|---|---|---|---|---|
| Construction Fall Protection | 07/24/2014 | 07/25/2014 | | Pass | 8.00 |
| Scaffold User Qualification | 07/22/2014 | 07/23/2014 | 07/31/2018 | Pass | 8.00 |
| Concrete Formwork Certification (CTCNC) | 07/21/2014 | 07/25/2014 | | Pass | 36.00 |
| OSHA 10 Construction | 07/09/2013 | 07/11/2013 | | Pass | 10.00 |
| Smart Mark | 07/09/2013 | 07/11/2013 | | | |
| Rigging Qualification | 07/12/2008 | 07/20/2008 | 07/31/2012 | Pass | 32.00 |
| Signaler Qualification | 07/12/2008 | 07/20/2008 | 07/31/2012 | | |
| Aerial Lift Operator Qualification | 03/08/2008 | 03/08/2008 | | Pass | 8.00 |
| Scaffold Erector Qualification - Standard 40 Hour | 02/19/2008 | 03/01/2008 | 03/31/2012 | Pass | 40.00 |
| Scaffold User Qualification | 02/19/2008 | 03/01/2008 | 03/31/2012 | | |
| Journeyman Certificate | 05/04/2005 | 05/04/2005 | | Pass | 0.00 |
| Scaffold Erector Qualification - Standard 40 Hour | 01/31/2002 | 02/09/2002 | 02/28/2006 | Pass | 40.00 |
| Ergonomics | 12/06/1999 | 12/06/1999 | | Pass | 4.00 |

### Failed Classes

| Class Name | Class Start Date | Class End Date | Grade | Class Hours |
|---|---|---|---|---|

JTHORNTON

UBC Confidential - Do Not Reproduce or Distribute

# Carpenters Training Committee for Northern California
## Apprentice History - Basic - 7/22/2015 10:12 AM



| Lindsey L. Austin - U22163508 | Journey Level since: 4/1/2005 |
|---|---|
| | Craft: Carpenter |

Address: 1225 Griffin Dr, Vallejo, Solano, CA 94589

| | | | | | | |
|---|---|---|---|---|---|---|
| Phone: | (707) 712.3417 (Home) | --- (Mobile) | --- () | | --- (Super) | |
| Email: | --- | | | Super Info: | --- | |
| District office: | DO3 - Pleasanton | Indenture date: | 5/18/1999 | | Birth date: | 10/28/1970 |
| Preferred ATC: | DO3 - Pleasanton | Reindenture date: | 10/4/1999 @ Level 1 | | Gender: | Male |
| Committee: | 3B - Contra Costa Carpent( | | | | Ethnicity: | Black (not of His| |
| Local: | Carpenters Local 152 | | | | Language: | English |
| | | Employer: | Performance Contracting Inc | 11/12/20 | | |

## Summary:

| | | | | | | |
|---|---|---|---|---|---|---|
| Completed classes: | 15 | Class hours | 598.0 | Classes behind: | --- | Citations: | 10 |
| Work hours: | 4,951 (as of: 04/2001) | | | Hours behind: | --- | Committee Actions: | --- |
| Next class: | --- | | | Days past: | --- | Cancellations: | --- |
| Next class date: | --- | Class ID: | --- | | | Books: | --- |

## Curriculum:

Carpenters Apprenticeship

| Course | Grade | Hours | Level | School | Ses | Date |
|---|---|---|---|---|---|---|
| FA/CPR - First Aid/CPR | P | 4.0 | --- | --- | --- | |
| 001 - Worker Safety And Tool Skills F | B | 36.0 | 1 | DO3 | 9950 | 12/6/1999 |
| 002 - Apprentice & The Trade | B | 36.0 | 3 | DO3 | 0041 | 10/2/2000 |
| 003 - Construction Math & Working I | C | --- | --- | --- | --- | |
| 004 - Foundation & Floors | C | 34.0 | 2 | DO3 | 0017 | 4/17/2000 |
| 005 - Blueprint Reading - Residential | D | 36.0 | 2 | DO3 | 0011 | 3/6/2000 |
| 006 - Structural Framing | B | 35.0 | 3 | DO3 | 0032 | 7/31/2000 |
| 007 - Form Detailing, Construction Er | C | 36.0 | 5 | DO3 | 0237 | 9/9/2002 |
| 008 - Exterior Finish | D | 34.0 | 7 | DO3 | 0412 | 3/15/2004 |
| 009 - Blueprint Reading - Commercia | B | 34.0 | 4 | DO3 | 0133 | 8/13/2001 |
| 010 - Structural Concrete - Bridge Bu | N | --- | 5 | DO3 | 0225 | 6/17/2002 |
| 011 - Interior Finish | C | 36.0 | 7 | DO1 | 0320 | 5/12/2003 |
| 012 - Layout & Level Instruments, Sit | B | 36.0 | 5 | DO3 | 0219 | 5/6/2002 |
| 013 - Engineered Structural Systems | B | 36.0 | 4 | DO3 | 0114 | 4/2/2001 |
| 014 - Interior Systems | B | 36.0 | 4 | DO3 | 0120 | 5/14/2001 |
| 015 - Stair Building | C | 35.0 | 7 | DO1 | 0343 | 10/20/2003 |
| 016 - Roof Framing | N | --- | 7 | DO5 | 0429 | 7/12/2004 |
| 017 - Introduction To Welding & Cutl | B | 35.0 | 5 | DO3 | 0243 | 10/21/2002 |

## Work Process Hours:
Last recorded: 04/2001

| Work Processes | Hours |
|---|---|
| A. Concrete Form | 720 |
| B. Framing | 3,472 |
| C. Finish Carpentry | 243 |
| D. Miscellaneous | 516 |
| Total hours: | 4,951 |

## Certifications:

| Certification Name | Issued | Expiration |
|---|---|---|
| Aerial Lifts | 3/8/2008 | |
| Concrete Formwork | 7/25/2014 | |
| Fall Protection | 7/21/2014 | |
| OSHA 10 Hour | 7/9/2013 | |
| Rigging | 7/12/2008 | 7/12/2012 |
| Scaffold Erector | 1/31/2002 | 2/28/2006 |
| Scaffold Erector | 2/19/2008 | 2/19/2012 |
| Scaffold User Safety | 7/21/2014 | 7/21/2018 |

## Advancement:

| Level | Classes | Hours | Projected Date | Advancement Date | Advancement Status |
|---|---|---|---|---|---|
| 1 | 0 | 0 | 10/4/1999 | 10/4/1999 | OK |
| 2 | 2 | 600 | 11/4/1999 | 1/14/2000 | Late 71 days |
| 3 | 4 | 1,200 | 5/4/2000 | 6/22/2000 | Late 49 days |
| 4 | 6 | 1,800 | 11/4/2000 | 3/12/2001 | Late 128 days |
| 5 | 8 | 2,400 | 5/4/2001 | 1/25/2002 | Late 266 days |
| 6 | 10 | 3,000 | 11/4/2001 | 3/28/2003 | Late 509 days |
| 7 | 12 | 3,600 | 5/4/2002 | 4/10/2003 | Late 341 days |
| 8 | 14 | 4,200 | 11/4/2002 | 4/1/2005 | Late 879 days |
| Journey | 17 | 4,800 | 5/4/2003 | 4/1/2005 | Late 698 days |