# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY AUSTIN,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>FLATIRON/KIEWIT,<br><br>　　　　Defendant. | Case No.: 3:16-cv-04519-JST<br><br>(Hon. Jon S. Tigar)<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The Parties having filed a Stipulation to Continue the Case Management Conference, the Court hereby orders as follows:

1. That the Case Management Conference in this matter be continued from February 8, 2017 to February 22, 2017, or a date as deemed appropriate by the Court.

**IT IS SO ORDERED.**

DATED:   February 1, 2017

_____
Hon. Jon S. Tigar
United States District Court Judge